# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>ITAI ENRIQUEZ RODRIGUEZ,<br><br>　　　　　　　　　　　Defendant. | Case No. 16CR1782-H<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__　　Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

_X_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__　　the Court has dismissed the case for unnecessary delay; or

__　　the Court has granted the motion of the Government for dismissal, without prejudice; or

__　　the Court has granted the motion of the defendant for a judgment of acquittal; or
__　　a jury has been waived, and the Court has found the defendant not guilty; or

__　　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense as charged in the Information:

　　　21 U.S.C. 952 and 960 – Importation of Cocaine (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/17/2017

**FILED**
JAN 1 7 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　DEPUTY

_Marilyn L. Huff_
Hon. Marilyn L. Huff
United States District Judge